ACCEPTED
01-14-00888-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 8:02:04 AM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00888-CV

_____

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 8:02:04 AM
CHRISTOPHER A. PRINE
Clerk

_____

GLEN SUMNER,

*Appellant*

V.

BOARD OF ADJUSTMENTS OF THE CITY OF SPRING VALLEY VILLAGE,
TEXAS, THE CITY OF SPRING VALLEY VILLAGE, TEXAS, ART FLORES,
RICHARD R. ROCKENBAUGH AND BETTY LUSK,

*Appellee*

_____

On Appeal from the 164th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2010-45239
Hon. Alexandra Smoots-Hogan Presiding

_____

**APPELLEES' UNOPPOSED MOTION
TO EXTEND TIME TO FILE APPELLEES' BRIEF**

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to Rules 10.5(b), 38.2, and 38.6 of the Texas Rules of Appellate

Procedure, Appellees, Board of Adjustments of the City of Spring Valley Village,

Texas, the City of Spring Valley Village, Texas, Art Flores, Richard R.

Rockenbaugh, and Betty Lusk, file this Unopposed Motion to Extend Time to File

Appellees' Brief, and in support thereof would respectfully show the following:

A.  On November 3, 2014, Appellant's Notice of Appeal was received by this Court. The parties agreed to mediation which was unsuccessful. Appellant filed his Brief on March 5, 2013. Appellees file a Motion to Extend Time to File Appellees' Brief. Appellees' Motion was granted and Appellees' Brief is now due to be filed on or before May 6, 2015.

B.  Appellees request a thirty (30) day extension of time to file its Brief, which, if granted, would make the Appellees' Brief due on or before Friday, June 5, 2015.

C.  The undersigned has been preparing Appellees' Brief, but will not be able to adequately complete the Response by May 6, 2015. The undersigned is and recently has been involved in a number of significant hearings in the trial courts, discovery matters, trial preparations, and drafting and responding to motions. Additionally, the undersigned is assigned to trial on May 6, 2015.

D.  In light of these matters, this extension is requested through Friday, June 5, 2015, in order to allow Appellees' counsel sufficient time to complete the Brief. Counsel for Appellees will provide additional reasons for this request to the Court, if helpful.

E.  This is Appellees' second request for an extension of time to file its Brief.

F.      Counsel for Appellant has been contacted and is not opposed to this request, as set forth in the certificate of conference.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request that this Court grant this Unopposed Motion to Extend Time for filing Appellees' Brief, and set the deadline for filing the Brief on Friday, June 5, 2015.

Respectfully submitted:


By:     /s/   Andrea Chan
        Andrea Chan
        State Bar No. 04086600
        achan@olsonllp.com
        Scott Bounds
        State Bar No. 02706000
        sbounds@olsonllp.com
        Wortham Tower, Suite 600
        2727 Allen Parkway
        Houston, Texas  77019
        Telephone:   (713) 533-3800
        Facsimile:    (713) 533-3888

        ATTORNEYS FOR APPELLEES


## CERTIFICATE OF CONFERENCE

Appellees' counsel contacted counsel for Appellant on April 28, 2015, and counsel is unopposed to this request to extend time for Appellees to file its Motion for Rehearing.


/s/   Andrea Chan
Andrea Chan

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April 2015, a true and correct copy of the foregoing Appellees' Unopposed Motion to Extend Time to File Appellees' Brief was served by e-service on counsel for Appellant: J. Daniel Long, Elizabeth Harris, Crady, Jewett & McCulley, LLP, 2727 Allen Parkway, Suite 1700, Houston, Texas 77019.

/s/   Andrea Chan
Andrea Chan